CLERK'S OFFICE U.S. DIST COURT
AT DANVILLE, VA
FILED

JAN 30 2018

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | | |
|---|---|---|
| JOSEPH FLEMING, | ) | Civil Action No. 7:16-cv-00410 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| HAROLD W. CLARKE, et al., | ) | By: Hon. Jackson L. Kiser |
| Defendants. | ) | Senior United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

**ORDERED**

that Plaintiff's motion for order of parties into settlement is **DENIED** as moot; Nurse Crawford's motion for an extension of time is **GRANTED** for thirty days; Clarke, Walrath, Lundy, Dean, McBride, and the Virginia Department of Corrections' motion for summary judgment is **GRANTED in part and DENIED in part**; Nurse Parks' motion for summary judgment is **GRANTED in part and DENIED in part**; Nurse Parks and Nurse Crawford may file a motion for summary judgment supported by affidavit(s) within thirty days pursuant to Standing Order 2013-6; and the Clerk shall set this matter for a jury trial if Nurse Parks and Nurse Crawford opt to not file that motion.

ENTER: This 30th day of January, 2018.

/s/ Jackson L. Kiser
Senior United States District Judge