CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

AUG 21 2018

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| JOSEPH FLEMING,<br>    Plaintiff, | ) ) ) | Civil Action No. 7:16-cv-00410 |
| v. | ) ) ) | **ORDER** |
| HAROLD W. CLARKE, et al.,<br>    Defendants. | ) ) ) | By:   Hon. Jackson L. Kiser<br>        Senior United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

**ORDERED**

that Nurse Parks' and Nurse Crawford's motions for summary judgment are **GRANTED** and the Clerk **SHALL** assign this case to another district judge of this court for a jury trial in the Roanoke Division.

ENTER: This 21st day of August, 2018.

/s/ Jackson L. Kiser
Senior United States District Judge